FILED
2005 Jan-12 PM 12:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **JONATHAN JJ FORD,** | ) |
| Plaintiff, | ) |
| vs. | ) CV 04-P-0270-M |
| **OFFICER AULII WILEY,** *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on December 23, 2004, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief can be granted. The plaintiff filed objections to the report and recommendation on January 7, 2005.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be entered.

**DONE** and **ORDERED** this      12th      day of January, 2005.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE